IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
In re: : Chapter 11
:
ICL HOLDING COMPANY, INC., et al., : Case No. 12-13319 (KG)
:
                    Debtors.<sup>1</sup> : Jointly Administered
:
: Hrg. Date: January 28, 2014 at 10:00 a.m. (ET)
: Obj. Due:  January 21, 2014 at 4:00 p.m. (ET
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF DEBTORS' MOTION FOR ENTRY OF AN ORDER PURSUANT TO
11 U.S.C. §§ 105(a), 305(a), 349 AND 1112(a) AND FED. R. BANKR. P. 1017(a)
(A) DISMISSING THE DEBTORS' CHAPTER 11 CASES
AND (B) GRANTING RELATED RELIEF**

PLEASE TAKE NOTICE that the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed today the attached Debtors' Motion for Entry of an Order Pursuant to 11 U.S.C. §§ 105(a), 305(a), 349 and 1112(b) and Fed. R. Bankr. P. 1017(a) (A) Dismissing the Debtors' Chapter 11 Cases and (B) Granting Related Relief (the "Motion").

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Motion or the relief requested therein must be made in writing, filed with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), 824 Market Street, Wilmington, Delaware 19801, and served so as to be received by the following parties no later than **January 21, 2014**

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: ICL Holding Company, Inc. (7662), Boise HCI, Inc. (2686), RC Services, L.L.C. (2279), ABC HCC, L.L.C. (2012), HICL Holdings, Inc. (3557), ICL Holdco, LLC (3233), ICL Intermediate Holdco, Inc. (7709), SACL Center, Inc. (N/A), CL Holding Company of Texas, LLC (9174), Holdings CL, Inc. (2090), HCLl at Tenaya, LLC (8443), ABC HCL, LLC (9674), HCL of Chester County, Inc. (6062), HCL of Dayton, Inc. (2086), Fort Worth HCL, L.P. (5272), HCL of Mechanicsburg, LLC (5957), HCL of Milwaukee, Inc. (4291), HCL New Orleans, L.L.C. (4151), HCL of North Carolina, L.L.C. (1857), North Texas HCL, L.P. (2743), HCL of Northern Nevada, Inc. (0990), HCL of Pittsburgh, LLC (9672), ASHCL, LLC (6312), HCL of Sarasota, LLC (7045), HCL of South Texas, Inc. (5457), Investments of CL, L.L.C. (5041), CL Investments 2, LLC (4598), SMCL, L.L.C. (4309), CL REIT 1, Inc. (3708), CL REIT 2, Inc. (2075), HSCL of North Louisiana, LLC (2585), HSCN of Denver, Inc. (8584), HCN/Muskegon, Inc. (1802), Pittsburgh HS, LLC (6725) and HSAS, Ltd. (5386).

**at 4:00 p.m. (Eastern)**:  (i) New LifeCare Holdings, Inc., 5340 Legacy Drive, Building 4 – Suite 150, Plano, TX 75024, Attn: Erik Pahl; (ii) ICL Holding Company, Inc., 7993 Green Lake Drive, Liberty Township, OH 45044, Attn: Richard Newsted; (iii) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 155 N. Wacker Dr., Chicago, IL 60606, Attn: Felicia Gerber Perlman and Matthew N. Kriegel; (iv) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, NY 10036, Attn: Kenneth S. Ziman; (v) counsel to the Agent, Simpson Thacher & Bartlett LLP, 425 Lexington Avenue, New York, NY 10017, Attn: Sandeep Qusba and Morris Massel; (vi) counsel to the Steering Committee and Hospital Acquisition LLC, Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, NY 10036, Attn: Ira Dizengoff and Scott Alberino; (vii)  counsel to the Official Committee of Unsecured Creditors, Pachulski Stang Ziehl & Jones LLP, 919 N. Market Street, 17th Floor, Wilmington, Delaware 19801, Attn: Laura Davis Jones, Esq. and Bradford J. Sandler, Esq.; and (viii) the Office of the United States Trustee, J. Caleb Boggs Federal Bldg., 844 North King Street, Room 2207, Lockbox 35, Wilmington, DE 19801, Attn: David L. Buchbinder, Esq.

PLEASE TAKE FURTHER NOTICE that a hearing on the Motion will be held on **January 28, 2014 at 10:00 a.m. (Eastern)** before the Honorable Kevin Gross, Chief United States Bankruptcy Judge for the District of Delaware, in the United States Bankruptcy Court for the District of Delaware, 6th Floor, Courtroom 3, 824 North Market Street, Wilmington, Delaware 19801 ("Hearing").  Only objections made in writing and timely filed and received will be considered by the Court at such Hearing.

**PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED AND RECEIVED IN ACCORDANCE WITH THE ABOVE PROCEDURES, THE RELIEF REQUESTED IN THE MOTION MAY BE GRANTED WITHOUT FURTHER NOTICE OR A HEARING.**

Dated: Wilmington, Delaware
December 24, 2013

    SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

    */s/ Kristhy M. Peguero*
    Anthony W. Clark (I.D. No. 2051)
    Kristhy M. Peguero (I.D. No. 4903)
    One Rodney Square
    P.O. Box 636
    Wilmington, Delaware 19899-0636
    Telephone: (302) 651-3000
    Fax: (302) 651-3001

    - and -

    Kenneth S. Ziman
    Four Times Square
    New York, New York 10036-6522
    Telephone: (212) 735-3000
    Fax: (212) 735-2000

    - and -

    Felicia Gerber Perlman
    Matthew N. Kriegel
    155 N. Wacker Dr.
    Chicago, Illinois 60606
    Telephone: (312) 407-0700
    Fax: (312) 407-0411

    Counsel for Debtors and Debtors in Possession