**EXHIBIT B**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
: 
In re: : Chapter 11
: 
ICL HOLDING COMPANY, INC., et al., : Case No. 12-13319 (KG)
: 
Debtors.[1] : Jointly Administered
: 
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x   **Related Docket Nos.**

# CERTIFICATION OF COUNSEL AND REQUEST FOR ENTRY OF AN ORDER DISMISSING CHAPTER 11 CASES

Pursuant to that *Order Granting Debtors' Motion For Entry Of An Order Pursuant To 11 U.S.C. §§ 105(a), 305(a), 349 And 1112(b) And Fed. R. Bankr. P. 1017(a) (A) Dismissing The Debtors' Chapter 11 Cases And (B) Granting Related Relief*, entered on _____, 2014 [Docket No. \_\_\_] (the "Approval Order"),[2] the undersigned counsel for the above-captioned debtors and debtors in possession (collectively, the "Debtors") hereby certifies as follows:

1. On December 11, 2012, the Debtors each commenced a case by filing a petition for relief under chapter 11 of title 11 of the United States Code in the United States

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: ICL Holding Company, Inc. (7662), Boise HCI, Inc. (2686), RC Services, L.L.C. (2279), ABC HCC, L.L.C. (2012), HICL Holdings, Inc. (3557), ICL Holdco, LLC (3233), ICL Intermediate Holdco, Inc. (7709), SACL Center, Inc. (N/A), CL Holding Company of Texas, LLC (9174), Holdings CL, Inc. (2090), HCLl at Tenaya, LLC (8443), ABC HCL, LLC (9674), HCL of Chester County, Inc. (6062), HCL of Dayton, Inc. (2086), Fort Worth HCL, L.P. (5272), HCL of Mechanicsburg, LLC (5957), HCL of Milwaukee, Inc. (4291), HCL New Orleans, L.L.C. (4151), HCL of North Carolina, L.L.C. (1857), North Texas HCL, L.P. (2743), HCL of Northern Nevada, Inc. (0990), HCL of Pittsburgh, LLC (9672), ASHCL, LLC (6312), HCL of Sarasota, LLC (7045), HCL of South Texas, Inc. (5457), Investments of CL, L.L.C. (5041), CL Investments 2, LLC (4598), SMCL, L.L.C. (4309), CL REIT 1, Inc. (3708), CL REIT 2, Inc. (2075), HSCL of North Louisiana, LLC (2585), HSCN of Denver, Inc. (8584), HCN/Muskegon, Inc. (1802), Pittsburgh HS, LLC (6725) and HSAS, Ltd. (5386).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the *Debtors' Motion For Entry Of An Order Pursuant To 11 U.S.C. §§ 105(a), 305(a), 349 And 1112(b) And Fed. R. Bankr. P. 1017(a) (A) Dismissing The Debtors' Chapter 11 Cases And (B) Granting Related Relief* [Docket No. \_\_\_].

Bankruptcy Court for the District of Delaware. No trustee or examiner has been appointed in the Chapter 11 Cases. On December 20, 2012, the United States Trustee for the District of Delaware appointed the Committee.

2. The Approval Order, among other things, authorizes the dismissal of each of the Debtors' Chapter 11 Cases, as to certain Debtors, after the Debtors have certified that (a) the Committee has completed its claims reconciliation process with respect to such Debtor and (b) all U.S. Trustee fees attributable to such Debtor have been paid in full.

3. As to ICL Holding Company, Inc. and Holdings CL, Inc., the Debtors' Chapter 11 Cases shall be dismissed upon further certification of counsel that (c) no further action with respect to the Appeals is pending and that no party to the Appeals is entitled to file any further petition or appeal with respect thereto, (d) the Escrows have been closed in accordance with their terms and (e) the Court has entered orders with respect to final fee applications.

4. As to Debtors [_____] (the "Dismissed Debtors"), the Debtors certify that (a) the Committee has confirmed that the claims reconciliation process with respect to the Dismissed Debtors is complete and (b) to the best of the Debtors' knowledge, all U.S. Trustee fees with respect to the Dismissed Debtors have been paid.

5.  Accordingly, pursuant to the terms of the Approval Order, it is respectfully requested that the Court enter the Order dismissing the Chapter 11 Cases of the Dismissed Debtors, a form of which is attached hereto as <u>Exhibit 1</u>, at its earliest convenience.

Dated: Wilmington, Delaware
_____, 2014

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

/s/ _____
Anthony W. Clark (I.D. No. 2051)
Kristhy M. Peguero (I.D. No. 4903)
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
Telephone: (302) 651-3000
Fax: (302) 651-3001

- and -

Kenneth S. Ziman
Four Times Square
New York, New York 10036-6522
Telephone: (212) 735-3000
Fax: (212) 735-2000

- and -

Felicia Gerber Perlman
Matthew N. Kriegel
155 N. Wacker Dr.
Chicago, Illinois 60606
Telephone: (312) 407-0700
Fax: (312) 407-0411

Counsel for Debtors and Debtors in Possession