**EXHIBIT C**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
In re:                                               :     Chapter 11
:
ICL HOLDING COMPANY, INC., et al.,    :     Case No. 12-13319 (KG)
:
Debtors.[1]                           :     Jointly Administered
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x     **Related Docket Nos.**

# CERTIFICATION OF COUNSEL AND REQUEST FOR ENTRY OF AN ORDER DISMISSING CHAPTER 11 CASES

Pursuant to that *Order Granting Debtors' Motion For Entry Of An Order Pursuant To 11 U.S.C. §§ 105(a), 305(a), 349 And 1112(b) And Fed. R. Bankr. P. 1017(a) (A) Dismissing The Debtors' Chapter 11 Cases And (B) Granting Related Relief*, entered on _____, 2014 [Docket No. \_\_\_] (the "Approval Order"),[2] the undersigned counsel for the above-captioned debtors and debtors in possession (collectively, the "Debtors") hereby certifies as follows:

1.  On December 11, 2012, the Debtors each commenced a case by filing a petition for relief under chapter 11 of title 11 of the United States Code in the United States

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: ICL Holding Company, Inc. (7662), Boise HCI, Inc. (2686), RC Services, L.L.C. (2279), ABC HCC, L.L.C. (2012), HICL Holdings, Inc. (3557), ICL Holdco, LLC (3233), ICL Intermediate Holdco, Inc. (7709), SACL Center, Inc. (N/A), CL Holding Company of Texas, LLC (9174), Holdings CL, Inc. (2090), HCLl at Tenaya, LLC (8443), ABC HCL, LLC (9674), HCL of Chester County, Inc. (6062), HCL of Dayton, Inc. (2086), Fort Worth HCL, L.P. (5272), HCL of Mechanicsburg, LLC (5957), HCL of Milwaukee, Inc. (4291), HCL New Orleans, L.L.C. (4151), HCL of North Carolina, L.L.C. (1857), North Texas HCL, L.P. (2743), HCL of Northern Nevada, Inc. (0990), HCL of Pittsburgh, LLC (9672), ASHCL, LLC (6312), HCL of Sarasota, LLC (7045), HCL of South Texas, Inc. (5457), Investments of CL, L.L.C. (5041), CL Investments 2, LLC (4598), SMCL, L.L.C. (4309), CL REIT 1, Inc. (3708), CL REIT 2, Inc. (2075), HSCL of North Louisiana, LLC (2585), HSCN of Denver, Inc. (8584), HCN/Muskegon, Inc. (1802), Pittsburgh HS, LLC (6725) and HSAS, Ltd. (5386).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the *Debtors' Motion For Entry Of An Order Pursuant To 11 U.S.C. §§ 105(a), 305(a), 349 And 1112(b) And Fed. R. Bankr. P. 1017(a) (A) Dismissing The Debtors' Chapter 11 Cases And (B) Granting Related Relief* [Docket No. \_\_\_].

Bankruptcy Court for the District of Delaware. No trustee or examiner has been appointed in the Chapter 11 Cases. On December 20, 2012, the United States Trustee for the District of Delaware appointed the Committee.

2. The Approval Order, among other things, authorizes the dismissal of each of the Debtors' Chapter 11 Cases, as to certain Debtors, after the Debtors have certified that (a) the Committee has completed its claims reconciliation process with respect to such Debtor and (b) all U.S. Trustee fees attributable to such Debtor have been paid in full.

3. As to ICL Holding Company, Inc. and Holdings CL, Inc., the Approval Order further provides that the Debtors' Chapter 11 Cases shall be dismissed upon further certification of counsel that (c) no further action with respect to the Appeals is pending and that no party to the Appeals is entitled to file any further petition or appeal with respect thereto, (d) the Escrows have been closed in accordance with their terms and (e) the Court has entered orders with respect to final fee applications.

4. As to Debtors ICL Holding Company, Inc. and Holdings CL, Inc. (the "Dismissed Debtors"), the Debtors certify that (a) the Committee has confirmed that the claims reconciliation process with respect to the Dismissed Debtors is complete, (b) to the best of the Debtors' knowledge, all U.S. Trustee fees with respect to the Dismissed Debtors have been paid, (c) no further action with respect to the Appeals is pending and no party to the Appeals is entitled to file any further petition or appeal with respect thereto, (d) the Escrows have been closed in accordance with their terms and (e) the Court has entered orders with respect to final fee applications.

5.  Accordingly, pursuant to the terms of the Approval Order, it is respectfully requested that the Court enter the Order dismissing the Chapter 11 Cases of the Dismissed Debtors, a form of which is attached hereto as <u>Exhibit 1</u>, at its earliest convenience.

Dated: Wilmington, Delaware
　　　　　_____, 2014

　　　　　　　　　SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

　　　　　　　　　<i>/s/</i>_____
　　　　　　　　　Anthony W. Clark (I.D. No. 2051)
　　　　　　　　　Kristhy M. Peguero (I.D. No. 4903)
　　　　　　　　　One Rodney Square
　　　　　　　　　P.O. Box 636
　　　　　　　　　Wilmington, Delaware 19899-0636
　　　　　　　　　Telephone: (302) 651-3000
　　　　　　　　　Fax: (302) 651-3001

　　　　　　　　　- and -

　　　　　　　　　Kenneth S. Ziman
　　　　　　　　　Four Times Square
　　　　　　　　　New York, New York 10036-6522
　　　　　　　　　Telephone: (212) 735-3000
　　　　　　　　　Fax: (212) 735-2000

　　　　　　　　　- and -

　　　　　　　　　Felicia Gerber Perlman
　　　　　　　　　Matthew N. Kriegel
　　　　　　　　　155 N. Wacker Dr.
　　　　　　　　　Chicago, Illinois 60606
　　　　　　　　　Telephone: (312) 407-0700
　　　　　　　　　Fax: (312) 407-0411

　　　　　　　　　Counsel for Debtors and Debtors in Possession