427 Savannah Trace
Ruston, LA 71270
January 20, 2014

Honorable Judge Kevin Gross
United States Bankruptcy Court
824 Market Street
Wilmington, DE 19801

RE: Case No. 12-13319 (KG), Objection to Debtors' Motion for Dismissal of Chapter 11,Cases and Granting Related Relief ICL Holding Company, Inc., et al.

Dear Honorable Judge Kevin Gross:

With regard to the ICL Holding Company's Motion for Dismissal of Chapter 11 Cases, I would like to submit my objections on behalf of Mrs. Cora Hurt (deceased), as not being in her best interest, as creditor.

Respectfully,

William Hurt for Cora Hurt