IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ICL HOLDING COMPANY, Inc., et al.,[1] | ) Case No. 12-13319 (KG) |
| | ) Jointly Administered |
| Debtors. | ) |
| | ) **Related Docket Nos. 1162, 1174** |

### ORDER PURSUANT TO 11 U.S.C. § 105(a) (A) APPROVING THE LIQUIDATING TRUST AGREEMENT, (B) AUTHORIZING THE TRANSFER OF REMAINING ASSETS TO THE TRUST, AND (C) GRANTING RELATED RELIEF

Upon consideration of the motion (the "Motion")[2] [Docket No. 1162], as amended, of the

Official Committee of Unsecured Creditors (the "Committee") of ICL Holding Company, Inc., et

al. (the "Debtors") for an order pursuant to sections 105(a) of title of title 11 of the United States

Code (the "Bankruptcy Code"), (a) approving the Liquidating Trust Agreement (the "LTA"), (b)

authorizing the transfer of assets to the Trustee to be held in trust for the Beneficiaries subject to

the terms of the Term Sheet, and (c) granting related relief, and the Court having found that it has

jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found

that consideration of the Motion, as amended, and the relief requested therein is a core

proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue is proper in

this district pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that notice of

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: ICL Holding Company, Inc. (7662), Boise HCI, Inc. (2686), RC Services, L.L.C. (2279), ABC HCC, L.L.C. (2012), HICL Holdings, Inc. (3557), ICL Holdco, LLC (3233), ICL Intermediate Holdco, Inc. (7709), SACL Center, Inc. (N/A), CL Holding Company of Texas, LLC (9174), Holdings CL, Inc. (2090), HCLi at Tenaya, LLC (8443), ABC HCL, LLC (9674), HCL of Chester County, Inc. (6062), HCL of Dayton, Inc. (2086), Fort Worth HCL, L.P. (5272), HCL of Mechanicsburg, LLC (5957), HCL of Milwaukee, Inc. (4291), HCL New Orleans, L.L.C. (4151), HCL of North Carolina, L.L.C. (1857), North Texas HCL, L.P. (2743), HCL of Northern Nevada, Inc. (0990), HCL of Pittsburgh, LLC (9672), ASHCL, LLC (6312), HCL of Sarasota, LLC (7045), HCL of South Texas, Inc. (5457), Investments of CL, L.L.C. (5041), CL Investments 2, LLC (4598), SMCL, L.L.C. (4309), CL REIT 1, Inc. (3708), CL REIT 2, Inc. (2075), HSCL of North Louisiana, LLC (2585), HSCN of Denver, Inc. (8584), HCN/Muskegon, Inc. (1802), Pittsburgh HS, LLC (6725) and HSAS, Ltd. (5386).

[2] Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.

the Motion was appropriate under the circumstances; and after due deliberation and sufficient cause appearing therefore, it is hereby ORDERED, DECREED AND ADJUDGED THAT:

      1.     The Motion, as amended, is hereby granted.

      2.     The LTA is hereby approved.  The Committee is authorized to take all actions and execute all documents that are reasonably required to implement and effectuate the terms of the LTA.

      3.     To the extent any law or regulation prohibits the transfer of ownership of any of the Trust Assets from the Committee to the Trustee and such law is not superseded by the Bankruptcy Code, the Trustee's interest shall be a lien upon and security interest in such Trust Assets, in trust, nevertheless, for the sole use and purposes set forth in Section 2.1 of the LTA, the LTA shall be deemed a security agreement granting such interest thereon without the need to file financing statements or mortgages.

      4.     This Court shall retain jurisdiction with respect to any and all matters arising from or related to the interpretation or implementation of this order.

      5.     To the extent applicable, Rules 6004(h) and 6006(d) of the Federal Rules of Bankruptcy Procedure are waived and this Order shall be effective and enforceable immediately upon entry.

Dated: Feb. 28 , 2014

The Honorable Kevin Gross
United States Bankruptcy Judge

2