# Exhibit A

In re ICL Holding Company, Inc., et al. (f/k/a LCI Holding Company, Inc.),
Case No. 12-13319 (KG) (Bankr. D. Del.)

EXHIBIT A

Satisfied Claims

| Claimant | Claim Number | Claim Amount | Remaining Claim Amount | Debtor Name | Case Number | Explanation |
|---|---|---|---|---|---|---|
| Abbott Laboratories, Inc.<br>P Thompson D345 J23<br>200 Abbott Park Road<br>Abbott Park, IL 60064 | 184 | $129,904.39 ($76,178.12 unsecured) | $93,791.81 | SMCL, L.L.C. (f/k/a LifeCare Management Services, L.L.C.) | 12-13349 | Paid in part by Purchasers or Debtors. |
| Acadian Ambulance Service, Inc.<br>PO Box 92970<br>Lafayette, LA 70509-2970 | 655 | $359.85 | N/A | ASHCL, LLC (f/k/a LifeCare Hospitals of San Antonio, LLC) | 12-13345 | Paid in full by Purchasers or Debtors. |
| Advance Petroleum<br>2451 Great Southwest Pky<br>Fort Worth, TX 76106 | 339 | $1,116.30 | N/A | North Texas HCL, L.P. (f/k/a LifeCare Hospitals of North Texas, L.P.) | 12-13342 | Paid in full by Purchasers or Debtors. |
| Allegheny General Hospital<br>c/o West Penn Allegheny Health System, Inc.<br>Michael Sirott<br>4 Allegheny Center, 9th Floor<br>Pittsburgh, PA 15212 | 501 | $383,325.00 | N/A | HCL of Pittsburgh, LLC (f/k/a LifeCare Hospitals of Pittsburgh, LLC) | 12-13344 | Paid in full by Purchasers or Debtors. |
| Allegheny Valley Hospital f/k/a Alle-Kiski Medical Center<br>Michael Sirott<br>4 Allegheny Center, 9th Floor<br>Pittsburgh, PA 15212 | 502 | $190,956.30 | N/A | HCL of Pittsburgh, LLC (f/k/a LifeCare Hospitals of Pittsburgh, LLC) | 12-13344 | Paid in full by Purchasers or Debtors. |
| Allstar Construction Cleanup & Hauling<br>PO BOX 1405<br>BENTON, LA 71006-1405 | 806 | $2,896.41 | N/A | ABC HCL, LLC (f/k/a LifeCare Hospitals, LLC) | 12-13336 | Paid in full by Purchasers or Debtors. |
| Alpha Nursing Services, Inc.<br>820 Jordan St. Suite 308 | 325 | $563.50 | N/A | ICL Holding Company, Inc. (f/k/a LCI Holding | 12-13319 | Paid in full by Purchasers or Debtors. |

1

| Claimant | Claim Number | Claim Amount | Remaining Claim Amount | Debtor Name | Case Number | Explanation |
|---|---|---|---|---|---|---|
| Shreveport, LA 71101 | | | | Company, Inc.) | | |
| American Medical Response FILE 56141 LOS ANGELES, CA 90074-6141 | 159 | $29,874.16 | N/A | HCL at Tenaya, LLC (f/k/a LifeCare Hospital at Tenaya, LLC) | 12-13326 | Paid in full by Purchasers or Debtors. |
| Apex Cardiovascular 1518 ASTORIA DR ALLEN, TX 75013 | 1168 | $3,200.00 | N/A | ICL Holding Company, Inc. (f/k/a LCI Holding Company, Inc.) | 12-13319 | Paid in full by Purchasers or Debtors. |
| Aramark 5682 Randolph Blvd San Antonio, TX 78233-6164 | 21 | $2,099.83 | N/A | HSAS, Ltd. (f/k/a San Antonio Specialty Hospital, Ltd.) | 12-13322 | Paid in full by Purchasers or Debtors. |
| Area Metropolitan Ambulance Authority 551 E Berry Street Fort Worth, TX 76110 | 35 | $10,737.00 | N/A | ICL Holding Company, Inc. (f/k/a LCI Holding Company, Inc.) | 12-13319 | Paid in full by Purchasers or Debtors. |
| Atmos Energy Attn Bankruptcy Group Atmos Energy Corporation P.O. Box 650205 Dallas, TX 75265-0205 | 340 | $4,159.16 | N/A | North Texas HCL, L.P. (f/k/a LifeCare Hospitals of North Texas, L.P.) | 12-13342 | Paid in full by Purchasers or Debtors. |
| Board of Regents, The Nevada System of Higher Education (College of Southern Nevada) Business Operations College of Southern Nevada 6375 W Charleston Blvd - W32E Las Vegas, NV 89146 | 547 | $158.00 | N/A | HCL at Tenaya, LLC (f/k/a LifeCare Hospital at Tenaya, LLC) | 12-13326 | Paid in full by Purchasers or Debtors. |
| Capital Healthcare Staffing 40 LINCOLN WAY STE 103 IRWIN, PA 15642-1852 | 1223 | $1,863.50 | N/A | ICL Holding Company, Inc. (f/k/a LCI Holding Company, Inc.) | 12-13319 | Paid in full by Purchasers or Debtors. |
| Carolina Consulting and Training 732 Lindsey Road | 68 | $2,000.00 | N/A | HCL of North Carolina, L.L.C. (f/k/a LifeCare Hospitals of North | 12-13341 | Paid in full by Purchasers or Debtors. |

2

| Claimant | Claim Number | Claim Amount | Remaining Claim Amount | Debtor Name | Case Number | Explanation |
|---|---|---|---|---|---|---|
| Nashville, NC 27856 | | | | Carolina, L.L.C.) | | |
| Celleration, Inc.<br>6321 Bury Drive, Suite 15<br>Eden Prairie, MN 55346-1739 | 67 | $34,980.42 | $7,807.26 | ICL Holding Company, Inc. (f/k/a LCI Holding Company, Inc.) | 12-13319 | Paid in part by Purchasers or Debtors. |
| Centennial Medical Center<br>PO BOX 849971<br>DALLAS, TX 75284 | 701 | $5,081.31 | N/A | ICL Holding Company, Inc. (f/k/a LCI Holding Company, Inc.) | 12-13319 | Paid in full by Purchasers or Debtors. |
| Claiborne Manor Nursing Home, Inc.<br>Nicole Howard<br>PO Box 8055<br>Alexandria, VA 71306 | 496 | $39,485.00 | N/A | ICL Holding Company, Inc. (f/k/a LCI Holding Company, Inc.) | 12-13319 | Paid in full by Purchasers or Debtors. |
| Clean Air Testing Services<br>1670 Haflinger Drive<br>North Huntingdon, PA 15642 | 118 | $1,770.85 | N/A | ICL Holding Company, Inc. (f/k/a LCI Holding Company, Inc.) | 12-13319 | Paid in full by Purchasers or Debtors. |
| Community Chaplain Services<br>6509 Westrock Drive<br>Ft. Worth, TX 76133 | 28 | $2,500.00 | N/A | North Texas HCL, L.P. (f/k/a LifeCare Hospitals of North Texas, L.P.) | 12-13342 | Paid in full by Purchasers or Debtors. |
| Concur Technologies Inc<br>18400 NE Union Hill Rd<br>Redmond, WA 98052 | 421 | $1,292.21 | N/A | SMCL, L.L.C. (f/k/a LifeCare Management Services, L.L.C.) | 12-13349 | Paid in full by Purchasers or Debtors. |
| Continuant Inc.<br>P.O. Box 110966<br>Tacoma, WA 98411-0966 | 119 | $314.00 | N/A | ICL Holding Company, Inc. (f/k/a LCI Holding Company, Inc.) | 12-13319 | Paid in full by Purchasers or Debtors. |
| Covidien<br>15 Hampshire Street<br>Mansfield, MA 02048 | 72 | $4,611.00 | $904.92 | Holdings CL, Inc. (f/k/a LifeCare Holdings, Inc.) | 12-13321 | Paid in part by Purchasers or Debtors. |
| Crothall Healthcare, Inc<br>955 Chesterbrook Blvd, Suite 300<br>Wayne, PA 19087 | 131 | $32,179.01 | N/A | ICL Holding Company, Inc. (f/k/a LCI Holding Company, Inc.) | 12-13319 | Paid in full by Purchasers or Debtors. |
| Doctor's Hospital of Renaissance | 555 | $12,941.29 | N/A | HCL of South Texas, Inc. (f/k/a LifeCare Hospitals of | 12-13346 | Paid in full by Purchasers or Debtors. |

3

| Claimant | Claim Number | Claim Amount | Remaining Claim Amount | Debtor Name | Case Number | Explanation |
|---|---|---|---|---|---|---|
| 5501 S. McColl<br>Edinburg, TX 78539 | | | | South Texas, Inc.) | | |
| Doctor's Hospital of Renaissance<br>PO Box 9705<br>McAllen, TX 78502 | 576 | $22,270.70 | N/A | HCL of South Texas, Inc. (f/k/a LifeCare Hospitals of South Texas, Inc.) | 12-13346 | Paid in full by Purchasers or Debtors. |
| Dynamic Health IT<br>4016 Canal Street, 1st Floor<br>New Orleans, LA 70119 | 24 | $5,111.62 | N/A | SMCL, L.L.C. (f/k/a LifeCare Management Services, L.L.C.) | 12-13349 | Paid in full by Purchasers or Debtors. |
| Dynamic Health IT<br>4016 Canal Street, 1st Floor<br>New Orleans, LA 70119 | 30 | $7,048.33 | N/A | SMCL, L.L.C. (f/k/a LifeCare Management Services, L.L.C.) | 12-13349 | |
| Elizabeth Township Area EMS<br>The Law Office of Patricia L. McGrail<br>1714 Lincoln Way<br>White Oak, PA 15131 | 210 | $19,140.01 | N/A | HCL of Pittsburgh, LLC (f/k/a LifeCare Hospitals of Pittsburgh, LLC) | 12-13344 | Paid in full by Purchasers or Debtors. |
| Equitable Energy<br>c/o David Bindseil<br>Equitable Energy<br>625 Liberty Ave, Suite 1800<br>Pittsburgh, PA 15222 | 201 | $17,455.40 | N/A | HCL of Pittsburgh, LLC (f/k/a LifeCare Hospitals of Pittsburgh, LLC) | 12-13344 | Paid in full by Purchasers or Debtors. |
| Facilities Technology Group<br>5608 Parkcrest #325<br>Austin, TX 78731 | 189 | $8,508.18 | N/A | ICL Holding Company, Inc. (f/k/a LCI Holding Company, Inc.) | 12-13319 | Paid in full by Purchasers or Debtors. |
| Farmerville Nursing and Rehabilitation Center LLC<br>c/o Tara Cares<br>3690 Southwestern Boulevard<br>Orchard Park, NY 14127 | 276 | $28,640.00 | N/A | HSCL of North Louisiana, LLC (f/k/a LifeCare Specialty Hospital of North Louisiana, LLC) | 12-13325 | Paid in full by Purchasers or Debtors. |
| General Electric Capital Corporation<br>GE Corporation 1010 Thomas Edison Blvd, SW<br>Cedar Rapids, IA 52404 | 429 | $477,636.42 | N/A | Holdings CL, Inc. (f/k/a LifeCare Holdings, Inc.) | 12-13321 | Paid in full by Purchasers or Debtors. |

4

| Claimant | Claim Number | Claim Amount | Remaining Claim Amount | Debtor Name | Case Number | Explanation |
|---|---|---|---|---|---|---|
| General Healthcare Resources, Inc.<br>2250 HICKORY RD STE 240<br>PLYMOUTH MEETING, PA 19462 | 775 | $11,838.60 | $9,986.10 | ICL Holding Company, Inc. (f/k/a LCI Holding Company, Inc.) | 12-13319 | Paid in part by Purchasers or Debtors. |
| Green Clinic Surgical Hospital LLC<br>1118 S Farmerville St<br>Ruston, LA 71270 | 472 | $33,570.76 | N/A | ICL Holding Company, Inc. (f/k/a LCI Holding Company, Inc.) | 12-13319 | Paid in full by Purchasers or Debtors. |
| Guardian EMS<br>P.O. Box 2911<br>Elsa, TX 78543 | 288 | $8,015.00 | N/A | HCL of South Texas, Inc. (f/k/a LifeCare Hospitals of South Texas, Inc.) | 12-13346 | Paid in full by Purchasers or Debtors. |
| Holy Spirit Hospital of the Sisters of Christian Charity<br>503 N 21ST ST<br>CAMP HILL, PA 17011-2288 | 338 | $77,747.20 | N/A | ICL Holding Company, Inc. (f/k/a LCI Holding Company, Inc.) | 12-13319 | Paid in full by Purchasers or Debtors. |
| Home Infusion Services, LLC<br>4933 S DILLON ST<br>AURORA, CO 80015 | 1182 | $3,065.00 | N/A | HSCN of Denver, Inc. (f/k/a NextCARE Specialty Hospital of Denver, Inc.) | 12-13351 | Paid in full by Purchasers or Debtors. |
| Homer Memorial Hospital<br>620 E COLLEGE ST<br>HOMER, LA 71040 | 337 | $34,197.85 | N/A | HSCL of North Louisiana, LLC (f/k/a LifeCare Specialty Hospital of North Louisiana, LLC) | 12-13325 | Paid in full by Purchasers or Debtors. |
| Humana Inc. and its affiliates<br>c/o Gregory O. Kaden, Esq<br>Goulston & Storrs, P.C.<br>400 Atlantic Avenue<br>Boston, MA 02110-3333 | 1113 | $535.22 | N/A | HCL of Milwaukee, Inc. (f/k/a LifeCare Hospitals of Milwaukee, Inc.) | 12-13323 | Paid in full by Purchasers or Debtors. |
| Humana Inc. and its affiliates<br>c/o Gregory O. Kaden, Esq<br>Goulston & Storrs, P.C.<br>400 Atlantic Avenue<br>Boston, MA 02110-3333 | 1118 | $132,154.74 | N/A | HCL of North Carolina, L.L.C. (f/k/a LifeCare Hospitals of North Carolina, L.L.C.) | 12-13341 | Paid in full by Purchasers or Debtors. |
| Humana Inc. and its affiliates<br>c/o Gregory O. Kaden, Esq<br>Goulston & Storrs, P.C. | 1119 | $6,460.00 | N/A | North Texas HCL, L.P. (f/k/a LifeCare Hospitals of North Texas, L.P.) | 12-13342 | Paid in full by Purchasers or Debtors. |

5

| Claimant | Claim Number | Claim Amount | Remaining Claim Amount | Debtor Name | Case Number | Explanation |
|---|---|---|---|---|---|---|
| 400 Atlantic Avenue Boston, MA 02110-3333 | | | | | | |
| Humana Inc. and its affiliates c/o Gregory O. Kaden, Esq Goulston & Storrs, P.C. 400 Atlantic Avenue Boston, MA 02110-3333 | 1120 | $901.30 | N/A | HCL of Northern Nevada, Inc. (f/k/a LifeCare Hospitals of Northern Nevada, Inc.) | 12-13343 | Paid in full by Purchasers or Debtors. |
| Humana Inc. and its affiliates c/o Gregory O. Kaden, Esq Goulston & Storrs, P.C. 400 Atlantic Avenue Boston, MA 02110-3333 | 1121 | $5,510.04 | N/A | ASHCL, LLC (f/k/a LifeCare Hospitals of San Antonio, LLC) | 12-13345 | Paid in full by Purchasers or Debtors. |
| Humana Inc. and its affiliates c/o Gregory O. Kaden, Esq Goulston & Storrs, P.C. 400 Atlantic Avenue Boston, MA 02110-3333 | 1122 | $1,028.15 | N/A | HCL of South Texas, Inc. (f/k/a LifeCare Hospitals of South Texas, Inc.) | 12-13346 | Paid in full by Purchasers or Debtors. |
| Humana Inc. and its affiliates c/o Gregory O. Kaden, Esq Goulston & Storrs, P.C. 400 Atlantic Avenue Boston, MA 02110-3333 | 1124 | $16,129.19 | N/A | HCL of Dayton, Inc. (f/k/a LifeCare Hospitals of Dayton, Inc.) | 12-13338 | Paid in full by Purchasers or Debtors. |
| J&A Medical Home Care d/b/a Medical Home Care 202 CONESTOGA RD WAYNE, PA 19087 | 705 | $95.00 | N/A | HCL of Chester County, Inc. (f/k/a LifeCare Hospitals of Chester County, Inc.) | 12-13337 | Paid in full by Purchasers or Debtors. |
| Jochen, Victor 705 Twin Oak Dr Pittsburgh, PA 15235 | 256 | $2,212.50 | N/A | HCL of Pittsburgh, LLC (f/k/a LifeCare Hospitals of Pittsburgh, LLC) | 12-13344 | Paid in full by Purchasers or Debtors. |
| KCI USA V.A.C. Therapy c/o ARM FBC 12930 IH 10 WEST SAN ANTONIO, TX 78249 | 73 | $226,155.74 | N/A | HCL of Milwaukee, Inc. (f/k/a LifeCare Hospitals of Milwaukee, Inc.) | 12-13323 | Paid in full by Purchasers or Debtors. |
| KemTex Cleaning 13900 Senlac Drive Farmers Branch, TX 75234 | 284 | $274.41 | N/A | ICL Holding Company, Inc. (f/k/a LCI Holding Company, Inc.) | 12-13319 | Paid in full by Purchasers or Debtors. |

| Claimant | Claim Number | Claim Amount | Remaining Claim Amount | Debtor Name | Case Number | Explanation |
|---|---|---|---|---|---|---|
| KemTex Cleaning<br>13900 Senlac Drive<br>Farmers Branch, TX 75234 | 287 | $5,338.34 | N/A | ICL Holding Company, Inc. (f/k/a LCI Holding Company, Inc.) | 12-13319 | Paid in full by Purchasers or Debtors. |
| KemTex Cleaning<br>13900 Senlac Drive<br>Farmers Branch, TX 75234 | 427 | $5,841.70 | N/A | ICL Holding Company, Inc. (f/k/a LCI Holding Company, Inc.) | 12-13319 | Paid in full by Purchasers or Debtors. |
| Kettering Medical Center<br>Attn Chris Meredith<br>2110 Leiter Road<br>Miamisburg, OH 45342 | 609 | $234,859.51 | N/A | ICL Holding Company, Inc. (f/k/a LCI Holding Company, Inc.) | 12-13319 | Paid in full by Purchasers or Debtors. |
| Kettle Moraine Ambulance<br>380 Bluemound Rd<br>Waukesha, WI 53188 | 26 | $9,946.19 | N/A | ICL Holding Company, Inc. (f/k/a LCI Holding Company, Inc.) | 12-13319 | Paid in full by Purchasers or Debtors. |
| Kleen-Air Service of Texas, Inc.<br>525 Culebra Rd<br>San Antonio, TX 78201 | 373 | $729.84 | N/A | ICL Holding Company, Inc. (f/k/a LCI Holding Company, Inc.) | 12-13319 | Paid in full by Purchasers or Debtors. |
| Kroger Co.<br>Attn Law Dept. / Wagner<br>1014 Vine St.<br>Cincinnati, OH 45202 | 469 | $215.82 | N/A | ICL Holding Company, Inc. (f/k/a LCI Holding Company, Inc.) | 12-13319 | Paid in full by Purchasers or Debtors. |
| LA Imaging Services, LLC<br>2209 N Bolton Ave.<br>Alexandria, LA 71303 | 291 | $2,893.00 | N/A | ICL Holding Company, Inc. (f/k/a LCI Holding Company, Inc.) | 12-13319 | Paid in full by Purchasers or Debtors. |
| Lone Star Ambulance, Inc.<br>PO Box 850246<br>Richardson, TX 75085-0246 | 525 | $34,001.22 | N/A | ABC HCL, LLC (f/k/a LifeCare Hospitals, LLC) | 12-13336 | Paid in full by Purchasers or Debtors. |
| MatchMD, Inc.<br>1085 E. Centerville Station Rd.,<br>Ste. B<br>Centerville, OH 45459 | 199 | $3,210.00 | N/A | ICL Holding Company, Inc. (f/k/a LCI Holding Company, Inc.) | 12-13319 | Paid in full by Purchasers or Debtors. |
| Meda-Care Ambulance Services<br>4935 West Forest Home Ave<br>Milwaukee, WI 53219 | 54 | $7,739.99 | N/A | ICL Holding Company, Inc. (f/k/a LCI Holding Company, Inc.) | 12-13319 | Paid in full by Purchasers or Debtors. |

| Claimant | Claim Number | Claim Amount | Remaining Claim Amount | Debtor Name | Case Number | Explanation |
|---|---|---|---|---|---|---|
| Medical Care Specialist<br>2665 S Moorland Rd., #208<br>New Berlin, WI 53151 | 86 | $2,970.00 | N/A | ICL Holding Company, Inc. (f/k/a LCI Holding Company, Inc.) | 12-13319 | Paid in full by Purchasers or Debtors. |
| Medical Center of McKinney<br>10030 N. MacArthur Blvd<br>Irving, TX 75063 | 207 | $20,443.80 | N/A | ICL Holding Company, Inc. (f/k/a LCI Holding Company, Inc.) | 12-13319 | Paid in full by Purchasers or Debtors. |
| Medical Center of McKinney<br>10030 N. MacArthur Blvd<br>Irving, TX 75063 | 208 | $3,896.80 | N/A | ICL Holding Company, Inc. (f/k/a LCI Holding Company, Inc.) | 12-13319 | Paid in full by Purchasers or Debtors. |
| Medical Center of McKinney<br>10030 N. MacArthur Blvd<br>Irving, TX 75063 | 209 | $8,099.08 | N/A | ICL Holding Company, Inc. (f/k/a LCI Holding Company, Inc.) | 12-13319 | Paid in full by Purchasers or Debtors. |
| Med-Trans, Inc.<br>100 Mt Laurel Ct<br>Parkesburg, PA 19365 | 166 | $233.05 | N/A | HCL of Chester County, Inc. (f/k/a LifeCare Hospitals of Chester County, Inc.) | 12-13337 | Paid in full by Purchasers or Debtors. |
| Mobile Ultrasound Services, Inc.<br>720 E FLETCHER AVE STE 101<br>TAMPA, FL 33612 | 773 | $7,049.40 | N/A | ICL Holding Company, Inc. (f/k/a LCI Holding Company, Inc.) | 12-13319 | Paid in full by Purchasers or Debtors. |
| Moore Disposal Corporate<br>1720 Regal Row #126<br>Dallas, TX 75235 | 446 | $1,392.93 | N/A | ICL Holding Company, Inc. (f/k/a LCI Holding Company, Inc.) | 12-13319 | Paid in full by Purchasers or Debtors. |
| Nash X-Ray Associates<br>PO Box 7946<br>Rocky Mount, NC 27804 | 549 | $1,464.00 | N/A | ICL Holding Company, Inc. (f/k/a LCI Holding Company, Inc.) | 12-13319 | Paid in full by Purchasers or Debtors. |
| Nash X-Ray Associates<br>PO Box 7946<br>Rocky Mount, NC 27804 | 550 | $756.00 | N/A | ICL Holding Company, Inc. (f/k/a LCI Holding Company, Inc.) | 12-13319 | Paid in full by Purchasers or Debtors. |
| Northern Nevada Emergency Physicians<br>832 Willow Street<br>Reno, NV 89502 | 20 | $5,012.00 | N/A | SMCL, L.L.C. (f/k/a LifeCare Management Services, L.L.C.) | 12-13349 | Paid in full by Purchasers or Debtors. |
| Nova Biomedical<br>200 Prospect Street | 278 | $2,605.94 | N/A | SMCL, L.L.C. (f/k/a LifeCare Management | 12-13349 | Paid in full by Purchasers or Debtors. |

| Claimant | Claim Number | Claim Amount | Remaining Claim Amount | Debtor Name | Case Number | Explanation |
|---|---|---|---|---|---|---|
| Waltham, MA 02454 | | | | Services, L.L.C.) | | |
| Olympus America Inc.<br>Attn Credit Risk Dept<br>3500 Corp. Pkwy<br>Center Valley, PA 18034 | 574 | $8,433.81 | N/A | ICL Holding Company, Inc. (f/k/a LCI Holding Company, Inc.) | 12-13319 | Paid in full by Purchasers or Debtors. |
| One Communications<br>c/o RMS Bankruptcy Recovery Services<br>PO Box 5126<br>Timonium, MD 21094 | 254 | $4,023.64 | N/A | HCL of Pittsburgh, LLC (f/k/a LifeCare Hospitals of Pittsburgh, LLC) | 12-13344 | Paid in full by Purchasers or Debtors. |
| Plant Interscapes<br>6436 Babcock Rd.<br>San Antonio, TX 78249 | 323 | $243.01 | N/A | HSAS, Ltd. (f/k/a San Antonio Specialty Hospital, Ltd.) | 12-13322 | Paid in full by Purchasers or Debtors. |
| Press, Ganey Associates, Inc.<br>Attn Legal Department 404 Columbia Place<br>South Bend, IN 46601 | 471 | $34,097.00 | N/A | SMCL, L.L.C. (f/k/a LifeCare Management Services, L.L.C.) | 12-13349 | Paid in full by Purchasers or Debtors. |
| Professional PICC Support LLC<br>PO BOX 126751<br>HARRISBURG, PA 17112 | 227 | $14,247.20 | N/A | HCL of Mechanicsburg, LLC (f/k/a LifeCare Hospitals of Mechanicsburg, LLC) | 12-13324 | Paid in full by Purchasers or Debtors. |
| Quantum Mechanical Services<br>5001 RONDO DR STE 100<br>FT WORTH, TX 76106 | 792 | $1,974.61 | N/A | ICL Holding Company, Inc. (f/k/a LCI Holding Company, Inc.) | 12-13319 | Paid in full by Purchasers or Debtors. |
| Quest Diagnostics Incorporated<br>Attn Pamela W, Attn Client Billing<br>4230 Burnham Ave<br>Las Vegas, NV 89119 | 57 | $121,697.30 | N/A | HCL at Tenaya, LLC (f/k/a LifeCare Hospital at Tenaya, LLC) | 12-13326 | Paid in full by Purchasers or Debtors. |
| Radiometer of America<br>810 Sharon Dr<br>Westlake, OH 44145 | 331 | $543.25 | N/A | HCL of Pittsburgh, LLC (f/k/a LifeCare Hospitals of Pittsburgh, LLC) | 12-13344 | Paid in full by Purchasers or Debtors. |

9

DOCS_DE:192905.3 50756-002

SECOND NOTICE OF SATISFACTION OF CLAIMS

| Claimant | Claim Number | Claim Amount | Remaining Claim Amount | Debtor Name | Case Number | Explanation |
|---|---|---|---|---|---|---|
| Recall Total Information Management<br>180 Technology Parkway<br>Norcross, GA 30092 | 688 | $1,374.27 | N/A | North Texas HCL, L.P. (f/k/a LifeCare Hospitals of North Texas, L.P.) | 12-13342 | Paid in full by Purchasers or Debtors. |
| Rio Grande Valley Mobile X-Rays<br>Calera, Inc., dba Rio Grande Valley Mobile X-Rays<br><br>1421 Sioux Rd.<br>Alamo, TX 78516 | 27 | $28,427.00 | N/A | SMCL, L.L.C. (f/k/a LifeCare Management Services, L.L.C.) | 12-13349 | Paid in full by Purchasers or Debtors. |
| Rio Grande Valley Mobile X-Rays<br>Calera, Inc., dba Rio Grande Valley Mobile X-Rays<br><br>1421 Sioux Rd.<br>Alamo, TX 78516 | 122 | $7,580.00 | N/A | SMCL, L.L.C. (f/k/a LifeCare Management Services, L.L.C.) | 12-13349 | Paid in full by Purchasers or Debtors. |
| Rio Grande Valley Mobile X-Rays<br>Calera, Inc., dba Rio Grande Valley Mobile X-Rays<br><br>1421 Sioux Rd.<br>Alamo, TX 78516 | 123 | $26,123.50 | N/A | SMCL, L.L.C. (f/k/a LifeCare Management Services, L.L.C.) | 12-13349 | Paid in full by Purchasers or Debtors. |
| Rycan Technologies<br>349 W MAIN STE 4<br>PO BOX 306<br>MARSHALL, MN 56258-0306 | 838 | $400.60 | N/A | SMCL, L.L.C. (f/k/a LifeCare Management Services, L.L.C.) | 12-13349 | Paid in full by Purchasers or Debtors. |
| S/T Health Group Consulting, Inc.<br>10701 Corporate Drive, Suite 375<br>Stafford, TX 77477 | 657 | $537.28 | N/A | SMCL, L.L.C. (f/k/a LifeCare Management Services, L.L.C.) | 12-13349 | Paid in full by Purchasers or Debtors. |

| Claimant | Claim Number | Claim Amount | Remaining Claim Amount | Debtor Name | Case Number | Explanation |
|---|---|---|---|---|---|---|
| Schryver Medical Sales & Marketing, Inc<br>Jennifer Holt<br>12075 East 45th Ave Suite 600<br>Denver, CO 80239 | 503 | $13,094.82 | N/A | ICL Holding Company, Inc. (f/k/a LCI Holding Company, Inc.) | 12-13319 | Paid in full by Purchasers or Debtors. |
| Sectra North America Inc.<br>Sectra NA<br>2 Enterprise Dr Ste 507<br>Shelton, CT 06484 | 295 | $12,985.62 | N/A | SMCL, L.L.C. (f/k/a LifeCare Management Services, L.L.C.) | 12-13349 | Paid in full by Purchasers or Debtors. |
| Securitas Security Services USA, Inc.<br>Attn Tom Roszhart, Credit & Collections Dept.<br>4330 Park Terrace Drive<br>Westlake Village, CA 91361-4630 | 200 | $12,807.80 | N/A | HSCL of North Louisiana, LLC (f/k/a LifeCare Specialty Hospital of North Louisiana, LLC) | 12-13325 | Paid in full by Purchasers or Debtors. |
| Shreveport Regional Dialysis Center<br>Bio-Medical Applications of Louisiana, LLC., a Shreveport Regional Dialysis Center<br><br>Attn Justin Sergio and Attn Sharon Centamore<br>c/o Fresenius Medical Care North America<br>920 Winter Street<br>Waltham, MA  02451-1457 | 416 | $140,796.75 | N/A | ABC HCL, LLC (f/k/a LifeCare Hospitals, LLC) | 12-13336 | Paid in full by Purchasers or Debtors. |
| SleepMed Incorporated<br>200 Corporate Place, Suite 5B<br>Peabody, MA  01960 | 485 | $2,300.00 | N/A | ICL Holding Company, Inc. (f/k/a LCI Holding Company, Inc.) | 12-13319 | Paid in full by Purchasers or Debtors. |
| South Texas Acute Hemotherapies<br>Law Offices of Phillippe & Associates, PC | 363 | $92,400.00 | N/A | ICL Holding Company, Inc. (f/k/a LCI Holding Company, Inc.) | 12-13319 | Paid in full by Purchasers or Debtors. |

11

| Claimant | Claim Number | Claim Amount | Remaining Claim Amount | Debtor Name | Case Number | Explanation |
|---|---|---|---|---|---|---|
| 248 Billy Mitchell Blvd Brownsville, TX 78521 | | | | | | |
| Southwestern Bell and Telephone Karen A. Cavagnaro - Lead Paralegal c/o AT&T Services Inc One AT&T Way, Room 3A104 Bedminster, NJ 07921 | 1154 | $10,502.06 | N/A | SMCL, L.L.C. (f/k/a LifeCare Management Services, L.L.C.) | 12-13349 | Paid in full by Purchasers or Debtors. |
| Stericycle, Inc. 4010 Commercial Ave Northbrook, IL 60062 | 377 | $53,909.38 | N/A | ICL Holding Company, Inc. (f/k/a LCI Holding Company, Inc.) | 12-13319 | Paid in full by Purchasers or Debtors. |
| Stewart & Stevenson 601 W 38th Street Houston, TX 77018 | 393 | $11,624.59 | N/A | ABC HCL, LLC (f/k/a LifeCare Hospitals, LLC) | 12-13336 | Paid in full by Purchasers or Debtors. |
| SUEZ Energy Resources Ray Cunningham, VP & Assistant General Counsel 1990 Post Oak Blvd, Ste. 1900 Houston, TX 77056 | 236 | $40,973.02 | N/A | CL Holding Company of Texas, L.L.C. (f/k/a LifeCare Holding Company of Texas, LLC) | 12-13335 | Paid in full by Purchasers or Debtors. |
| SUEZ Energy Resources Ray Cunningham, VP & Assistant General Counsel 1990 Post Oak Blvd, Ste. 1900 Houston, TX 77056 | 1224 | $14,100.68 | N/A | HCL of South Texas, Inc. (f/k/a LifeCare Hospitals of South Texas, Inc.) | 12-13346 | Paid in full by Purchasers or Debtors. |
| SUEZ Energy Resources Ray Cunningham, VP & Assistant General Counsel 1990 Post Oak Blvd, Ste. 1900 Houston, TX 77056 | 1225 | $26,872.34 | N/A | North Texas HCL, L.P. (f/k/a LifeCare Hospitals of North Texas, L.P.) | 12-13342 | Paid in full by Purchasers or Debtors. |
| Suncoast Communities Blood Bank, Inc. | 1128 | $5,673.55 | N/A | HCL of Sarasota, LLC (f/k/a LifeCare Hospitals of | 12-13327 | Paid in full by Purchasers or Debtors. |

| Claimant | Claim Number | Claim Amount | Remaining Claim Amount | Debtor Name | Case Number | Explanation |
|---|---|---|---|---|---|---|
| ATTN ACCT REC 1760 MOUND ST SARASOTA, FL 34234 | | | | Sarasota, LLC) | | |
| Suncoast Communities Blood Bank, Inc. ATTN ACCT REC 1760 MOUND ST SARASOTA, FL 34234 | 1133 | $5,673.55 | N/A | HCL of Sarasota, LLC (f/k/a LifeCare Hospitals of Sarasota, LLC) | 12-13327 | Paid in full by Purchasers or Debtors. |
| Susquehanna Door Services PO Box 127 New Oxford, PA 17350 | 480 | $351.00 | N/A | HCL of Mechanicsburg, LLC (f/k/a LifeCare Hospitals of Mechanicsburg, LLC) | 12-13324 | Paid in full by Purchasers or Debtors. |
| Total Radiology Solutions, LLC 105 B McMillan Rd West Monroe, LA 71291 | 495 | $1,755.00 | N/A | ICL Holding Company, Inc. (f/k/a LCI Holding Company, Inc.) | 12-13319 | Paid in full by Purchasers or Debtors. |
| TransCare Pennsylvania, Inc. 1 Metrotech Center, 20th Floor Brooklyn, NY 11201 | 407 | $10,869.02 | N/A | HCL of Pittsburgh, LLC (f/k/a LifeCare Hospitals of Pittsburgh, LLC) | 12-13344 | Paid in full by Purchasers or Debtors. |
| Vend Lease 8100 Sandpiper Circle, Suite 300 Baltimore, MD 21236 | 78 | $824.48 | N/A | ICL Holding Company, Inc. (f/k/a LCI Holding Company, Inc.) | 12-13319 | Paid in full by Purchasers or Debtors. |
| Waste Industries, Inc c/o RMS PO Box 5126 Timonium, MD 21094 | 475 | $1,661.45 | N/A | ICL Holding Company, Inc. (f/k/a LCI Holding Company, Inc.) | 12-13319 | Paid in full by Purchasers or Debtors. |
| Waste Management Inc 2625 W. Grandview Rd. Ste. 150 Phoenix, AZ 85023 | 801 | $6,229.40 | $2,778.57 | ICL Holding Company, Inc. (f/k/a LCI Holding Company, Inc.) | 12-13319 | Paid in part by Purchasers or Debtors. |
| Waste Management Inc 2625 W. Grandview Rd. Ste. 150 Phoenix, AZ 85023 | 1171 | $6,205.59 | $822.11 | ICL Holding Company, Inc. (f/k/a LCI Holding Company, Inc.) | 12-13319 | Paid in part by Purchasers or Debtors. |

13

| Claimant | Claim Number | Claim Amount | Remaining Claim Amount | Debtor Name | Case Number | Explanation |
|---|---|---|---|---|---|---|
| West Coast-Southern Medical Service, Inc.<br>934 14th Street West<br>Bradenton, FL 34205 | 106 | $17,491.70 | N/A | ICL Holding Company, Inc. (f/k/a LCI Holding Company, Inc.) | 12-13319 | Paid in full by Purchasers or Debtors. |
| Williams Scotsman, Inc<br>901 South Bond Street<br>Suite 300<br>Baltimore, MD 21231 | 69 | $690.32 | N/A | Holdings CL, Inc. (f/k/a LifeCare Holdings, Inc.) | 12-13321 | Paid in full by Purchasers or Debtors. |
| X-Press-Ray of Ouachita, L.L.C.<br>c/o Tommy Bolton<br>122 Heritage Dr.<br>West Monroe, LA 71291 | 374 | $2,360.00 | N/A | HSCL of North Louisiana, LLC (f/k/a LifeCare Specialty Hospital of North Louisiana, LLC) | 12-13325 | Paid in full by Purchasers or Debtors. |
| Yellow Cab of Sarasota<br>2011 CORNELL ST<br>SARASOTA, FL 34237 | 776 | $1,326.00 | N/A | ICL Holding Company, Inc. (f/k/a LCI Holding Company, Inc.) | 12-13319 | Paid in full by Purchasers or Debtors. |
| John A. Capaccione, Inc. dba Yellow Cab of Sarasota<br>2011 Cornell St<br>Sarasota, FL 34237 | 213 | $2,340.00 | N/A | HCL of Sarasota, LLC (f/k/a LifeCare Hospitals of Sarasota, LLC) | 12-13327 | Paid in full by Purchasers or Debtors. |